Leah KLEIMAN, Administratrix of the Estate of Edward B. Johnson, Deceased, Appellant,

v.

TIDEWATER MILL & ELEVATOR CO., Appellee.

No. 13890.

United States Court of Appeals Third Circuit.

Argued April 27, 1962.

Decided May 10, 1962.

Benjamin Pomerantz, Philadelphia, Pa., for appellant.

Louis J. Goffman, Philadelphia, Pa. (Alan J. Davis, Philadelphia, Pa., Wolf, Block, Schorr and Solis-Cohen, Philadelphia, Pa., on the brief), for appellee.

Before HASTIE, FORMAN and SMITH, Circuit Judges.

PER CURIAM.

In this suit for wrongful death against several defendants, summary judgment was entered dismissing the action as against Tidewater Mill & Elevator Co., and that defendant only. This order was not made immediately appealable in accordance with the provisions of Rule 54(b), Federal Rules of Civil Procedure, 28 U.S.C.A.

The appeal will be dismissed for lack of a presently appealable judgment.

R. B. TYLER COMPANY, Robert W. Hyde, Jr., Trading as Hyde Construction Company, and United States Fidelity and Guaranty Company, Appellants,

v.

The UNITED STATES of America for the Use and Benefit of SMITH ENGINEERING AND CONSTRUCTION COMPANY, Appellee.

No. 19356.

United States Court of Appeals Fifth Circuit.

June 11, 1962.

Frank J. Dougherty, Jr., Louisville, Ky., Joe Harrell, Pensacola, Fla., Glenn L. Schilling, Louisville, Ky., for appellants.

Raymond A. Hepner, Pensacola, Fla., Wm. Fisher, Pensacola, Fla., for appellees.

Before CAMERON, JONES and GEWIN, Circuit Judges.

PER CURIAM.

In this appeal the findings of fact, and the inferences and conclusions drawn from them, are challenged. No purpose would be served by a recital of the matters disclosed by the record. Having found no error, the district court's judgment is

Affirmed.